# ELECTRONIC RECORD

COA # 03-12-00501-CR          OFFENSE: 29.03

STYLE: Steven Keller v. The State of Texas          COUNTY: Travis

COA DISPOSITION: AFFIRMED          TRIAL COURT: 331st District Court

DATE: 08/06/14          Publish: NO          TC CASE #: D-1-DC-11-904092

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Steven Keller v. The State of Texas          CCA #: 1198-14

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: 02/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____